OFFICE OF THE CITY ATTORNEY
GARY VERBURG, City Attorney
State Bar No. 005515
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Christina E. Koehn Bar No. 013037
Assistant City Attorney
Attorney for Defendants City of Phoenix

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANNE BARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al.,<br><br>    Defendants. | No.<br><br>(Superior Court Case No. CV2011-011978)<br><br>**DEFENDANT CITY OF PHOENIX'S NOTICE OF REMOVAL** |

Defendant City of Phoenix, ("Phoenix") by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441(b) and LRCiv 3.7, hereby notices the removal of a certain civil action commenced and now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa entitled *Dianne Barker, Plaintiff v. City of Phoenix, et al*, Defendants, Civil Action No. CV2011-011978, and in support of removal asserts the following:

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1. Petitioner is a Defendant in the Superior Court of the State of Arizona in and for the County of Maricopa under the caption DIANNE BARKER, Plaintiff v. CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS OF S WEST; JOSE MESA RAMIREZ and JIMMY MESA MUNETON, et al., Defendants, Maricopa County Superior Court Case No. CV2011-011978.  Copies of the Complaint and all other documents previously filed in this matter are in Exhibit "A" of the Index filed simultaneously with this pleading.

2. The first date upon which Phoenix received a copy of the Complaint was July 20, 2011, in which a copy was delivered to the Phoenix City Clerk.

3. Plaintiff has asserted claims of violations of Civil Rights ("unequal protection" via U.S. Constitution, "First Amendment Constitution [sic] Free Speech Right," "ADA 1990, Rehab. Act 1973 Civil Rights laws," and "42 U.S.C. 1983").

4. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5. A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Phoenix.  A true and correct copy of the Notice is in Exhibit "B" of the Index filed simultaneously with this pleading.

WHEREFORE, Phoenix respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

…

…

…

…

…

1  RESPECTFULLY SUBMITTED this 5th day of August 2011.

2  GARY VERBURG, City Attorney

4  By      /S/Christina E. Koehn
   Christina E. Koehn
5  Assistant City Attorney
   200 West Washington, Suite 1300
6  Phoenix, Arizona  85003-1611
   Attorneys for Defendants City of Phoenix and
7  Mayor Philip Gordon

9  A COPY of the foregoing Electronically
   filed with the court this 5th day of August 2011.

10  and COPY of the foregoing mailed to:

11  Dianne Barker
    3219 East Camelback Road, #393
12  Phoenix, AZ 85018
    Plaintiff Pro Per

15  By  /s/A. Valenzuela
    CEK:AV#925323_1.DOC

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

3