OFFICE OF THE CITY ATTORNEY
GARY VERBURG, City Attorney
State Bar No. 005515
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Christina E. Koehn Bar No. 013037
Assistant City Attorney
Attorney for Defendant CITY OF PHOENIX

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DIANNE BARKER, | No. |
| Plaintiff, | INDEX |
| vs. | (Superior Court Case No. CV2011-011978) |
| CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al., | |
| Defendants. | |

Exhibit:

(A)   Contents of Superior Court Case No. CV2011-011978

(B)   Superior Court Notice of Removal to the Federal District Court

(C)   Civil Cover Sheet

(D)   Supplemental Cover Sheet

CEK:AV#925335_1.DOC