Exhibit A

INT _____

BO Harrassment

Name: NOA101
Address:
City, State, Zip Code:
Telephone:
In this case I am the:  [X] Plaintiff/Petitioner   [ ] Defendant/Respondent

Dianne Barker
3219 E. Camelback Rd. #139
Phoenix, AZ 85018
(602) 999-4498

MICHAEL K. JEANES
Clerk of the Superior Court — SUPERIOR COURT USE ONLY
By Carrie Allen, Deputy
Date 07/20/2011 Time 15:46:00

| Description | | Amount |
|---|---|---|
| CV2011-011978 | | |
| NEW COMPLAINT | | 301.00 W |
| AMOUNT | | 0.00 |
| Receipt# 21514039 | | |

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Dianne Barker
Plaintiff/Petitioner

City of Phoenix, Municipal Corp; Mayor Phillips Gordon, etal
21st Century Ins of SWest; Jose Mesa RAmirez, Jimmy Mesa Muneton
Defendant/Respondent

Case Number: CV2011 011978

Title: COMPLAINT
Personal Injury / Property Damage

## Jurisdiction:

Venue is this court based on grounds: (1) At least one (1) defendant location here, and (2) the place injury/damage occurred. Timely Notice of Claim is filed with City of Phoenix Clerk on December 10, 2010.

## Claim for Relief:

On July 21st, 2010, plaintiff WAS struck by SUV insured by 21st Century. Seriously injured, an ambulance rushed Barker to Good Sam ER. She was released to family doctor's per dicts to Good Sam ER. She was released to family doctor and pro- for treatment. Defendant's owed care and pro- tection under laws and ordinance for plaintiff who is 100% NOT At fault, but WAS HARMED. The Accident report with witness statement is attached, but not substantitive. The officer's false reporting Appears intentional tort And discrimination of unequal protection via US, AZ Constitution, blaming victim plaintiff who NEVER WAS interviewed per law, collision, manuel for "her side", 1st Amendment Constitution free Speech violation, Barker is a SSDI (Disabled), female, senior protected under ADA 1990, Rehab Act 1973, Civil Rights laws And Title ARS 28 Traffic; Caselaw "Maxwell + Gossett".

## Demand for Judgement:   Demand for Jury Trial ARLP 38(b)

Monetary compensation for personal injury & property damages of $13,000 & punitive damages proper 42 USC 1983 / tolled + injunctive relief for police training, total: $44,900   Respectfully submitted:

Dianne Barker
Dianne Barker 7/20/11

# ARIZONA TRAFFIC ACCIDENT REPORT

POLICE ONLY - FORWARD COPY TO
ADOT TRAFFIC RECORDS SECTION 054R
205 S. 17th AVE., PHOENIX, ARIZONA 85007-3213

| ADOT USE ONLY | | REPORT ID | | | | | 1024574 |
|---|---|---|---|---|---|---|---|
| YEAR | MONTH | DAY | HOUR | NCIC NO. | OFFICERS ID | | Agency Report Number |
| 2010 | 07 | 21 | 16  12 | 0723 | 6757 | | 1013341 |
| | | | | | | | Total No. Of Sheets  3 |

## COMPLETE THE FOLLOWING SUPPLEMENT IF ANY ⊘ (circle) AND ANY ◇ (diamond) ARE CHECKED

| Total Units 2 | Total Injuries 1 | Total Fatalities 0 | Estimated Total Damage Compared ○ Under ○ Over | ○ Govt. Prop | ☐ Hit/Run | ☑ Person Transported to ☑ Immediate Care ▯▯▯ | ☐ Tow Away, At Least One ☑ Vehicle from Scene ▯▯▯ | District Grid No. 300 |
|---|---|---|---|---|---|---|---|---|

**LOCATION**

| On Highway/Road/Street: EAST WASHINGTON STREET | ○ Inside City ☑ Outside | PHOENIX | County 01 - MARICOPA |
|---|---|---|---|
| Intersecting, Road / M.P. or R.P.: 1ST STREET | ☐ North ☑ South ☑ East ☐ West | Plus Minus Distance 39 | Measured ☑ Approximate | ☑ Feet ☐ Miles |
| ☐ At   ☑ From | | | |

**TRAFFIC UNIT NO. 1**

| State AZ | Class | End | Number B132222076 | ☐ DL # | ☐ SSN | ☐ Both | Person Type PEDALCYCLIST DIANNE BARKER | | | Sex F | Inj 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Restrictions | Date of Birth 6/15/1948 | | Street 5105 NORTH 40TH STREET #E221 | | | City PHOENIX | | State AZ | ZipCode 85018 | Telephone Number (602) 999-4448 | |

| Plate Number | State | Month | Year | ☐ Same as Owner/Carrier/Name | | City | | Street | State | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Style BICYCLE | ◇ Bus (6 or more  riders) | Make | Color BLK | Year | VIN | Safety Device Code 0 |
|---|---|---|---|---|---|---|
| Removed To SERVICE | ☐ Disabled ☑ Not Disabled | Removed By DRIVER | Orders Of DRIVER | Posted Speed Limit 25 | Dir Est Speed 10 |
| Insurance Carrier N/A | Telephone Number | Policy Number | | Eff Date / Exp Date |

| Trailer (Other Unit) Plate No. | State | Year | Description of Trailer or Other Unit | GVW (Registered) of Power Unit Greater than 10k pounds? ◇ ☐ Yes ◇ No | HazMat Placard? ◇ ☐ Yes ◇ No  4-Digit | 1-Digit | Was HazMat Cargo ◇ ☐ Yes  ◇ No |
|---|---|---|---|---|---|---|---|

**TRAFFIC UNIT NO. 2**

| State AZ | Class D | End | Number D03845820 | ☐ DL # | ☐ SSN | ☐ Both | Person Type DRIVER  JIMMY MEZA MUNETON | | | Sex M | Inj 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Restrictions | Date of Birth 7/29/1982 | | Street 5637 SOUTH 9TH AVENUE | | | City PHOENIX | | State AZ | ZipCode 85041 | Telephone Number (602) 214-9653 | |

| Plate Number 160RJK | State AZ | Month JUL | Year 2010 | ☑ Same as Driver | | City | | Street | State | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Style OTHER TRUCK | ◇ Bus (6 or more  riders) | Make CHEV | Color BLK | Year 2003 | VIN 3GNEK13T33G137128 | Safety Device Code 3 |
|---|---|---|---|---|---|---|
| Removed To SERVICE | ☐ Disabled ☑ Not Disabled | Removed By DRIVER | Orders Of DRIVER | Posted Speed Limit 25 | Dir Est Speed 10 |
| Insurance Carrier 21ST CENTURY INSURANCE | Telephone Number (800) 322-8200 | Policy Number 30025053305 | | Eff Date / Exp Date 11/10 |

| Trailer (Other Unit) Plate No. | State | Year | Description of Trailer or Other Unit | GVW (Registered) of Power Unit Greater than 10k pounds? ◇ ☐ Yes ◇ No | HazMat Placard? ◇ ☑ Yes ◇ No  4-Digit | 1-Digit | Was HazMat Cargo ◇ ☐ Yes  ◇ No |
|---|---|---|---|---|---|---|---|

**TRAFFIC UNIT NO.**

| State | Class | End | Number | ☐ DL # | ☐ SSN | ☐ Both | Person Type | | | Sex | Inj |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Restrictions | Date of Birth | | Street | | | City | | State | ZipCode | Telephone Number | |

| Plate Number | State | Month | Year | ☐ Same as Driver | | City | | Street | State | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Style | ◇ Bus (6 or more  riders) | Make | Color | Year | VIN | Safety Device Code |
|---|---|---|---|---|---|---|
| Removed To | ☐ Disabled ☐ Not Disabled | Removed By | Orders Of | Posted Speed Limit | Dir Est Speed |
| Insurance Carrier | Telephone Number | Policy Number | | Eff Date / Exp Date |

| Trailer (Other Unit) Plate No. | State | Year | Description of Trailer or Other Unit | GVW (Registered) of Power Unit Greater than 10k pounds? ◇ ☐ Yes ◇ No | HazMat Placard? ◇ ☐ Yes ◇ No  4-Digit | 1-Digit | Was HazMat Cargo ◇ ☐ Yes  ◇ No |
|---|---|---|---|---|---|---|---|

**PASSENGERS**

| Seating Position | | Safety Devices | | Injury Severity Codes |
|---|---|---|---|---|
| 07  04  01 | 10 Not In Passenger Compart. | | 4 Airbag deployed | 1 - No injury | 4 - Incapacitating injury |
| 08  05  02 | 11 Motorcycle, Bus | 1 None Used | 5 Child restraint | 2 - Possible Injury | 5 - Fatal injury |
| 09  06  03 | 12 Other | 2 Lap belt | 6 Protective helmet | 3 - Non Incapacitating injury | 6 - Not Reported / Unknown |
| | 13 Unknown | 3 Lap & shoulder | 7 Passive belt | | |
| | 14 Pedacyclist | | 8 Other | | |
| | | | 0 Unknown | | |

| Unit # | Seat Pos | SD | Name | Address | City | State | Zip Code | Age | Sex | Inj |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | NONE | | | | | | | |

**Other Property Damage (Describe)**

| Owner's Name | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

**WITNESS**

| Name KATIE ANN DOWNES | Address 11816 NORTH 39TH AVENUE | City PHOENIX | State AZ | Zip Code 85029 | Telephone Number (602) 677-3673 | Age 25 |
|---|---|---|---|---|---|---|

| Photos Taken ☑ Yes ☐ No | Photographer's name, ID Number, and Agency | | Invest at Scene ☑ Yes ☐ No | Date Invest. 7/21/2010 | Time Invest 16:30 |
|---|---|---|---|---|---|
| Officer's Signature and ID Number: T. Coms  6757 | | Agency Phoenix Police Department | | | Date Completed 7/21/2010 |

FORM 01-2704 R/00 FRONT

SEE ATTACHED DIAGRAM

FIRST HARMFUL EVENT:
LANE:
CONTROL:
TRAFFIC WAY

1024574

J01334I

| 11 | SKIDDING OCCURRED | | VEHICLE 1 2 3 |
|---|---|---|---|
| | YES | | |
| | NO | ☑ | |

**12 - CITATIONS**
UNIT    A.R.S. NO. OR CITY CODE
1   NONE
2   NONE

**14 - PRIOR ACTION**
UNIT    ACTION
1   NO PRIOR ACTION TAKEN
2   TURNED RIGHT

**15 - MANNER OF COLLISION**
CHECK ONLY ONE
1   SINGLE VEHICLE
2   ANGLE
3   LEFT TURN
4   RIGHT TURN
5   U-TURN
6   REAR-END
7   HEAD-ON
8   SIDESWIPE (SAME DIRECTION)
9   SIDESWIPE (OPPOSITE DIRECTION)
10  BACKING
11  NON-CONTACT MOTORCYCLE
12  NON-CONTACT NON-MOTORCYCLE
13  PEDESTRIAN
☑14  PEDALCYCLE
15  OTHER

**13 - DESCRIBE WHAT HAPPENED**
SEE ATTACHED SUPPLEMENT

INJURED TAKEN TO / BY
DIANNE BARKER TRANSPORTED BY PHOENIX FIRE RESCUE 8.

**16 - LIGHT CONDITION**
CHECK ONLY ONE
1 ☑ DAYLIGHT
2 DAWN OR DUSK
3 DARKNESS
YES  NO
1   STREET LIGHT
2   STREET LIGHT FUNCTIONING

**17 - WEATHER CONDITIONS**
CHECK ONLY ONE
1 ☑ CLEAR
2 CLOUDY
3 SLEET / HAIL
4 RAIN
5 SNOW
6 SEVERE CROSSWINDS
7 BLOWING SAND, SOIL, DIRT, SNOW
8 FOG, SMOG, SMOKE

**18 - ROAD SURFACE TYPE**
CHECK ONLY ONE
1 ☑ ASPHALT
2 CONCRETE
3 GRAVEL
4 DIRT
6 OTHER

**19 - TYPE OF LOCATION**
CHECK ONLY ONE
1 INTERSECTION
2 ☑ JUNCTION AREA
3 NON-JUNCTION AREA
4 DRIVEWAY ACCESS
5 ALLEY ACCESS
6 ALLEY

**20 - INTERSECTION RELATED**
YES   NO

01-2704 R&OD BACK

**21 - SPECIAL LOCATION**
CHECK ONLY ONE
1 SCHOOL CROSSING
2 ☑ PEDESTRIAN CROSSWALK (STRIPED)
3 PEDESTRIAN CROSSWALK (NO STRIPING)
4 BRIDGE
5 TUNNEL
6 RR CROSSING
7 GORE AREA
8 BIKE PATH
9 2-WAY LEFT TURN LANE

**22 - UNUSUAL ROAD CONDITION**
CHECK ONLY ONE
1 UNDER CONSTRUCTION, TRAFFIC ALLOWED
2 UNDER CONSTRUCTION, NO TRAFFIC ALLOWED
3 UNDER REPAIRS
4 HOLES, RUTS, BUMPS
5 OBSTRUCTION-PROTECTED
6 OBSTRUCTION-UNLIGHTED AT NIGHT
7 DEFECTIVE SHOULDERS
8 CHANGING ROAD WIDTH
9 WATER (STANDING OR MOVING)
10 TEMPORARY LANE CLOSURE

**23 - TRAFFIC CONTROL DEVICES**
LEGEND:
A-DEVICE OPERATIONAL
B-DAMAGED OR NON-FUNCTIONAL PRIOR TO ACCIDENT
CHECK THAT APPLY
A  B
1 TRAFFIC SIGNAL
2 YIELD SIGN
3 STOP SIGN
4 WARNING AREA
5 RAILROAD SIGNAL
6 FLASHING SIGNAL
7 FLAGMAN OR OFFICER

**24 - NON-INTERSECTION ROAD CHARACTER**
CHECK ONLY ONE
1 2-WAY STRIPED CENTERLINE
2 2-WAY, NO STRIPE
3 2-WAY, PAINTED MEDIAN
4 2-WAY, RAISED MEDIAN
5 2-WAY, CONCRETE BARRIER
6 2-WAY, CABLE BARRIER
7 2-WAY, DEPRESSED MEDIAN
8 2-WAY, EXTENDED MEDIAN
9 ☑ 1-WAY STREET

**25 - ROAD GRADE**
CHECK ONLY ONE
1 LEVEL
2 DOWNGRADE
3 UPGRADE
4 HILLCREST
5 DIP

**26 - ROAD SURFACE CONDITION**
CHECK ONLY ONE
1 ☑ DRY
2 WET
3 SAND, MUD, DIRT, OIL, GREASE
4 SNOW
5 SLUSH
6 ICE
7 OTHER
8 UNKNOWN

**27 - CONDITIONS INFLUENCING DRIVER**
TWO CHOICES PER PERSON MAY BE SELECTED
1 2 3
1 NO APPARENT INFLUENCE
2 HAD BEEN DRINKING
3 USE OF ILLICIT DRUGS
4 ILLNESS
5 FELL ASLEEP / FATIGUED
6 PHYSICAL IMPAIRMENT
7 PRESCRIPTION DRUGS
8 OTHER
9 UNKNOWN

**28 - VIOLATIONS / BEHAVIOR**
TWO CHOICES PER PERSON MAY BE SELECTED
1 2 3
1 NO IMPROPER ACTION
2 SPEED TOO FAST FOR CONDITIONS
3 EXCEEDED LAWFUL SPEED
4 FAILED TO YIELD RIGHT-OF-WAY
5 FOLLOWED TOO CLOSELY
6 RAN STOP SIGN
7 DISREGARDED TRAFFIC SIGNAL
8 MADE IMPROPER TURN
9 DROVE IN OPPOSING TRAFFIC LANE
10 KNOWINGLY OPERATED WITH FAULTY OR MISSING EQUIPMENT
11 REQUIRED MOTORCYCLE SAFETY EQUIPMENT NOT USED
12 PASSED IN NO PASSING ZONE
13 UNSAFE LANE CHANGE
14 OTHER UNSAFE PASSING
15 INATTENTION
16 DID NOT USE CROSSWALK
17 WALKED ON WRONG SIDE OF ROAD
18 OTHER
19 UNKNOWN

**29 - VEHICLE CONDITION**
TWO CHOICES PER PERSON MAY BE SELECTED
1 2 3
1 NO APPARENT DEFECTS
2 DEFECTIVE BRAKES
3 DEFECTIVE STEERING
4 DEFECTIVE HEADLIGHTS
5 DEFECTIVE TAIL LIGHTS
6 DEFECTIVE TURN SIGNAL
7 PUNCTURE OR BLOWOUT
8 ONE OR MORE SMOOTH TIRES
9 FIRE
10 DEFECTIVE WINDSHIELD WIPER
11 DEFECTIVE EXHAUST SYSTEM
12 OTHER DEFECTS
13 NO TRAILER BRAKES
14 UNKNOWN

**30 - TRAFFIC UNIT ACTION**
CHECK ONE PER UNIT
1 2 3
1 GOING STRAIGHT AHEAD
2 SLOWING IN TRAFFICWAY
3 STOPPED IN TRAFFICWAY
4 MAKING LEFT TURN
5 ☑ MAKING RIGHT TURN
6 MAKING U TURN
7 ENTERING ALLEY OR DRIVEWAY
8 LEAVING ALLEY OR DRIVEWAY
9 OVERTAKING/PASSING
10 CHANGING LANES
11 BACKING
12 AVOIDING VEHICLE, OBJECT, PEDESTRIAN
13 ENTERING PARKING POSITION
14 LEAVING PARKING POSITION
15 PROPERLY PARKED
16 IMPROPERLY PARKED
17 DRIVERLESS MOVING VEHICLE
18 CROSSING ROAD
19 WALKING WITH TRAFFIC
20 WALKING AGAINST TRAFFIC
21 STANDING
22 LYING
23 GETTING ON OR OFF VEHICLE
24 WORKING ON OR PUSHING VEHICLE
25 WORKING ON ROAD
26 OTHER
27 UNKNOWN

**31 - VISION OBSCUREMENT**
CHECK ONE PER UNIT
1 2 3
1 NOT OBSCURED
2 BY PARKED/STOPPED VEHICLE
3 BY MOVING VEHICLE
4 BY BUILDING
5 BY EMBANKMENT
6 BY SIGNBOARD
7 BY HILLCREST
8 BY LOAD ON VEHICLE
9 BY TREES, BUSHES
10 BY HEADLIGHT
11 BY SUN GLARE
12 BECAUSE OF BAD WEATHER
13 OTHER
14 RAIN, SNOW, FOG ON WINDSHIELD
15 WINDSHIELD OBSCURED
16 OTHER
17 UNKNOWN

**32 - DIRECTION OF TRAVEL**
CHECK ONE PER UNIT
1 2 3
1 NORTH   5 NW
2 ☑ SOUTH   6 NE
3 EAST   7 SE
4 WEST   8 SW
9 UNKNOWN



N 1ST STREET

E WASHINGTON ST
ONE WAY W/B

RP

S 1ST STREET

RP = NWC OF
1ST STREET
WASHINGTON STREET

PI = 49' SOUTH
7' WEST

Description

Officer's Signature and ID Number

Date Completed
07-21-10

FORM 01-2706 R/93

---

### NARRATIVE SUPPLEMENT

- VEH 2 WAS WAITING AT A RED LIGHT FACING SOUTHBOUND ON 1ST STREET. AS THE LIGHT TURNED GREEN, VEH 2 STARTED TO PROCEED FORWARD AND STARTED TO MAKE A RIGHT HAND TURN ONTO WASHINGTON STREET. DRIVER STATED THAT AS HE PROCEEDED FROM THE LIGHT, THAT HE DID NOT SEE ANYONE ATTEMPTING TO CROSS THE SIEWALK.
- VEH 1 WAS TRAVELING SOUTHBOUND ON A BICYCLE, ON THE SIDEWALK. VEH 1 ATTEMPTED TO CROSS THE CROSSWALK ON A WHITE CROSS SIGNAL WHILE STILL RIDING HER BIKE, BUT STRUCK THE BACK PASSENGER SIDE FENDER AREA OF VEH 2. RIDER OF VEH 1 FELL TO THE GROUND AND COMPLAINED OF PAIN. RIDER WAS TRANSPORTED TO LOCAL HOSPITAL FOR PRECAUTION.
- WITNESS 1 ONE STATED THAT VEH 1 RODE RIGHT OUT ONTO THE CROSSWALK AND STRUCK VEH 2.

| Officer's Signature and ID Number | Date Completed |
|---|---|
| | 07-21-10 |

FORM 01-2706 R /93

4/5/11

To Whom It May Concern:


I witnessed the accident in question on July 21, 2010. I did not see which vehicle impacted the other vehicle. I saw that there was an impact, but not the initial impact.


Sincerely,

*Katie A Downes*

Katie A Downes

## City of Phoenix
STREET TRANSPORTATION DEPARTMENT



Phoenix 2009
All-America City

August 11, 2010

Ms. Dianne Barker
3219 East Camelback Rd., # 393
Phoenix, Arizona 85018

RE: 1st Street & Washington and 1st Avenue & Washington

Dear Ms. Barker:

This letter is in response to your request for Traffic Signal Light sequencing at the intersections referenced above. The following information is valid for July 28, 2010 at 12:00 p.m.

The intersection of Washington and 1st Street is controlled by traffic actuated equipment and provides a protected arrow to cross the light rail train tracks for the West direction of travel.

Assuming maximum traffic demand, the following timing would have occurred.

Westbound on Washington: The total green time would be 33.0 seconds.

Westbound and Westbound Crossover on Washington: The total green time would be 27.2 seconds followed by 3.0 seconds of yellow time and 1.8 seconds of all red time.

Northbound and Southbound on 1st Street: The total green time would be 20.2 seconds followed by 3.0 seconds of yellow time and 1.8 seconds of all red time.

Total cycle time is 90 seconds.

The intersection of Washington and 1st Avenue is controlled by traffic actuated equipment and provides a protected right turn arrow for the South to West direction of travel.

Assuming maximum traffic demand, the following timing would have occurred.

Southbound on 1st Avenue and Southbound Access Lane: The total green time would be 28.2 seconds followed by 3.0 seconds of yellow time and 1.8 seconds of red time (Southbound 1st Avenue remains green at this time).

## Service Sheet

# This page must be completed and attached to the last page of your motion/request.

☑  I have filed the ORIGINAL of the attached document(s) on _July_ _20th_, 201 1
   Month     Day
   with the Clerk of the Superior Court of Arizona in Maricopa County.

☐  I have mailed/delivered a COPY of the attached document(s) on _July_ _30th_,
   Month     Day
   201 1 to Judge _____.
   *(The Judge assigned to your case)*

☐  I have mailed/delivered a COPY of the attached document(s) on _July_ _20th_,
   Month     Day
   201 1 to:

*(You must mail a copy of all documents to the other side and his/her lawyer)*

City of Phoenix , City Clerk          21st Century Insurance Legal Dept Claims
Name of Other Side                    Name of Other Side's Lawyer

300 West Washington Street            P.O. Box 269035
Address                               Lawyer's Address

Phoenix, AZ   85003                   Oklahoma City, OK 731269035
City, State, Zip                      City, State, Zip

By signing below, I promise that I have filed/mailed the attached document(s) as shown above. I understand that if I do not file/mail the attached document(s) as shown above, the judge in my case will not read my request/motion.

_Dianne Barken_
Your signature

MICHAEL K. JEANES, CLERK
BY *C. Allen*          DEP
FILED

NAME: Dianne Barker          11 JUL 20 PM 3:43

ADDRESS: 3219 E. Camelback Rd, #393

CITY, STATE, ZIP: Phoenix, AZ 85018


# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

Dianne Barker

_____
PLAINTIFF,

VS.

City of Phoenix Muncipal Corp
Mayor Phillip Gordon, et al
21st Century Insurance
Jose Mesa Ramirez, Dunn Mesa Munetor,
DEFENDANTS

NO. CV2011 011978

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

   The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs **does / does not** exceed limits set by

Local Rule for compulsory arbitration.  This case **is / is not**

subject to the Uniform Rules of Procedure for Arbitration.


   SUBMITTED this 20th day of July, 2011.

   BY   Dianne Barker

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

Name:
Address:
City, State, Zip Code:
Telephone:
In this case I am the:

Dianne Barker
3219 E. Camelback Rd #393
Phoenix, AZ 85018
(602) 999-4448
☒ Plaintiff/Petitioner ☐ Defendant/Respondent

FOR CLERK'S USE ONLY
MICHAEL K. JEANES, CLERK
BY C Allen
DEP
FILED
11 JUL 20 PM 3:48

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Dianne Barker
Plaintiff/Petitioner

- City of Phoenix, Municipal Corp
Mayor, Philip Gordon, et al
- 21st Century Insurance
Defendant/Respondent Company Of The Southwest
Jose Mesa Ramirez, Jimmy Mesa Muneton

Case Number: CV2011 011978

Title: Demand For Jury Trial

Petitioner, Dianne Barker herein, per the provisions of ARCP 38(b), requests a trial by jury on all issues triable of right by jury in above-entitled action.

Dated 20th day of July 2011

Dianne Barker
Dianne Barker,
plaintiff

Certified Service
with Complaint

MICHAEL K. JEANES, CLERK
BY *L Allen* DEP

FILED

11 JUL 20 PM 3: 42

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dianne Barker

Name of Petitioner/Plaintiff

Case Number: CV2011 011978

City of Phoenix; Mayor Gordon et al

21st Century Insurance of The Southwest

Name of Respondent/Defendant

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

**THE COURT FINDS** that the applicant (print name): _____:

1.  ☐   **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs.
        **OR**
2.  ☐   **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.
        **OR**
3.  ☐   **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)).
        **OR**
4.  ☐   **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

5.  ☑   **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay.

6.  ☐   **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302).

7.  ☐   **IS NOT ELIGIBLE FOR WAIVER** of fees and costs.

## IT IS ORDERED:

1.  ☐   **DEFERRAL DENIED** for the following reason(s):
        ☐   The application is incomplete because _____
        _____
        _____
        _____
        _____
        _____

© Superior Court of Arizona in Maricopa County
September 8, 2010
ALL RIGHTS RESERVED
ODF

Page 1 of 3

GNF18f
Use current form

Case No. _____

**You are encouraged to submit a complete application.**
☐ The applicant does not meet the financial criteria for deferral because:

_____
_____
_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.**

2. ☐ **DEFERRAL GRANTED** for the following fees and/or costs in this court:
   - ☐ Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
   - ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
   - ☐ Fees for service by publication.
   - ☐ Filing fees and photocopy fees for the preparation of the record on appeal.
   - ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED:**
☐ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**
☐ **SCHEDULE OF PAYMENTS**
The applicant shall pay $_____ each _____ (week, month, etc.) until paid in full, beginning_____

3. ☐ **WAIVER DENIED** for all fees and/or costs of this case.

4. ☑ **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302.
   - ☑ Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
   - ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
   - ☐ Fees for service by publication.
   - ☐ Filing fees and photocopy fees for the preparation of the record on appeal.
   - ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.
   - ☐ Fees for the issuance of a marriage license.

5. **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6. **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

© Superior Court of Arizona in Maricopa County
September 8, 2010
ALL RIGHTS RESERVED
ODF

GNF18f
Use current form

Case No. _____

A.   Fees and costs are taxed to another party;
B.   The applicant has an established schedule of payments in effect and is current with those payments;
C.   The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D.   In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.   Within twenty days of the date the court denies the supplemental application, the applicant either:

   1.   Pays the fees and/or costs; or,

   2.   Requests a hearing on the court's order denying waiver or further deferral.  If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded.  The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7.   **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.**  An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs.  Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: ___7/30/11___          _____
                               ☒ Judicial Officer or ☐ Special Commissioner

© Superior Court of Arizona in Maricopa County
September 8, 2010
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f
Use current form

**Name of Person Filing Document:** _Dianne Barker_
**Your Address:** _3219 E. CAMELBACK Rd #393_
**Your City, State, and Zip Code:** _Phoenix AZ 85018_
**Your Telephone Number:** _(602) 999-4448_
**Attorney Bar Number (if applicable):** _____
Representing ☒ **Self (Without an Attorney) OR**
☐ **Attorney for** ☐ **Petitioner** ☐ **Respondent**

MICHAEL K. JEANES, CLERK
BY _C Allen_  DEP
FILED
11 JUL 20  PH 3: 43

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_Dianne Barker_
Name of Petitioner/Plaintiff

_City of Phoenix; Mayor Philip Gordon, et al._

_21st Century Insurance Company of Southwest_
Name of Respondent/Defendant

**Case Number:** _CV 2011 011978_

## APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES AND/OR COSTS AND CONSENT TO ENTRY OF JUDGMENT

STATE OF ARIZONA    )
                                        ) ss
COUNTY OF MARICOPA )

---

**IMPORTANT**
This *"Application for Deferral or Waiver of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Addition details about this process are discussed in the **"Consent to Entry of Judgment"** section of this application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

**I am requesting a deferral/waiver of the following fees and/or costs in my case:**

☒ Any or all of the following:  All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).

☐ Fees for service by publication (fill out separate affidavit form).

☒ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

☐ Fees for the issuance of a marriage license.

© Superior Court of Arizona in Maricopa County
February 1, 2011
ALL RIGHTS RESERVED
**ADW**

Page 1 of 5

GNF11f
Use current form

**The basis for the request is:**

**1.** ☐ **DEFERRAL:**

**A.** ☐ I receive governmental assistance from the state/federal program(s) marked below:
☐ Temporary Assistance to Needy Families (TANF)   ☑ Food Stamps
☐ Represented by Community Legal Services
**OR**

**B.** ☐ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court.

**NOTE:** To determine whether income is insufficient or barely sufficient, the court will review your income and expenses. Among the factors the court may consider are:
1. Whether your gross income as computed on a monthly basis is 150% or less of the current federal poverty level. Gross monthly income includes your share of community property income if available to you.
2. If your income is greater than 150% of the poverty level, but you have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that the court finds are extraordinary that reduce your gross monthly income to at or below 150% of the poverty level.
**OR**

**C.** ☐ I do not have the money to pay court filing fees and/or costs now.  I can pay the filing fees and/or costs at a later date. **Explain.**

_____
_____
_____

**2.** ☒ **WAIVER:**

**A.** ☒ I am permanently unable to pay.  My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and unlikely to change in the foreseeable future.

**B.** ☒ I receive government assistance from the federal program Supplemental Security Income (SSI).  SS DI

---

**NOTE: Every applicant, regardless of his or her financial circumstances, must complete the Financial Questionnaire that follows. If you submit the Application and Financial Questionnaire in person, you <u>MUST</u> sign it in front of the court clerk; if you submit the form by mail or by a third party, you <u>MUST</u> sign it in front of a notary public. You must submit proof that you receive governmental assistance. If you submit the Application and Financial Questionnaire by mail or by a third party, please attach a copy of your proof of governmental assistance.**

---

© Superior Court of Arizona in Maricopa County
February 1, 2011
ALL RIGHTS RESERVED
**ADW**

Page 2 of 5

GNF11f
Use current form

## FINANCIAL QUESTIONNAIRE

## STATEMENT OF INCOME AND EXPENSES:

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|--------------|
| Dianne Barker | Self |
| | |
| | |

**ASSISTANCE: I receive assistance from:**

☒ Arizona Health Care Cost Containment System (**AHCCCS**)
☐ Arizona Long Term Care System (**ALTCS**)
☐ Other: (Explain/Describe) _____

## EMPLOYER INFORMATION

| Employer Name: | |
|----------------|---|
| Employer Address: | |
| Employed since: | (Month and Year you started) |

## MONTHLY INCOME INFORMATION

| | | |
|---|---|---|
| **Monthly Gross Income:** (full amount of wages/salary before any deductions) | $ | 0 |
| **Other current monthly income:** (including spousal maintenance/support, retirement, rental, interest, pensions, scholarships, grants, royalties, lottery winnings) (explain amount and source) | $ | |
| _Social Security Disability_ | $ | 766.00 |
| | $ | |
| My spouse's monthly gross income: *(if available to me)* | $ | 0 |
| **TOTAL MONTHLY INCOME:** (Add amounts from these lines.) | $ | 766.00 |

© Superior Court of Arizona in Maricopa County
February 1, 2011
ALL RIGHTS RESERVED
**ADW**

GNF11f
Use current form

**My monthly expenses and debts are:**

|  | A MONTHLY PAYMENTS | B LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 572.00 | $ |
| Car Payment | $ 0 | $ |
| Car Payment | $ 0 | $ |
| Credit Card Payments | $ 150.00 | $ 5,500.00 |
| Credit Card Payments | $ 50.00 | $ 1,700.00 |
| Other Financing Obligations with Monthly Payments: | | |
| Describe: | $ | $ |
| Describe: | $ | $ |
| Describe: | $ | $ |
| TOTAL OF LOAN BALANCES: (Add column B) | | $ 7,200.00 |
| Food/Household supplies | $ 25.00 | |
| Clothing | $ 15.00 | |
| Utilities (Electric, Gas, Water, Telephone) | $ 60.00 | |
| Medical / Dental/ Prescription Expenses | $ 6.00 | |
| Health Insurance | $ 0 | |
| Car Insurance | $ 0 | |
| Gasoline/Bus Fare | $ 0 | |
| Spousal Maintenance (alimony paid by you) | $ 0 | |
| Child Support | $ 0 | |
| Child Care | $ 0 | |
| Nursing care | $ 0 | |
| Contributions to Retirement Plan / Account | $ 0 | |
| Other  mailbox | $ 20.00 | |
| Other  legal copies/stamps | $ 7.00 | |
| TOTAL MONTHLY PAYMENTS: (Add column A, starting from "Rent/Mortgage") | $ 905.00 | |

**STATEMENT OF ASSETS:** List those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and Bank Accounts | $ 30.00 |
| Credit Union Accounts | $ 0 |
| Retirement Accounts | $ 0 |
| Other, including Stocks & Bonds | $ 0 |
| Other | $ |
| Equity* in: | |
| 1. Home | $ 0 |
| 2. Cars/ Other Vehicles  bicycle | $ 60.00 |
| 3. Other Property used "household" | $ 400.00 |
| TOTAL ASSETS: (Add) | $ 490.00 |

* Equity is defined as market value minus any liens or loans.

**EXTRAORDINARY EXPENSES:** For example: unusual medical needs, financial hardship, costs of care of elderly or disabled family members. (Proof must be submitted.)

| DESCRIPTION | AMOUNT |
|---|---|
| Medical liens · Mercy Care #15,000 + | $ 15,000 |
| Trial fam  8,000 + | $ |
|  | $ 8,000 |
| **TOTAL EXTRAORDINARY EXPENSES** (Add) | $ 23,000 |

> **Note:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.
>
> **If your case is dismissed for any reason, the fees and costs are still due.**

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A.   Fees and costs are taxed to another party;
B.   I have an established schedule of payments in effect and I am current with those payments;
C.   I file a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D.   In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.   Within twenty days of the date the court denies the supplemental application, I either:
  1.   Pay the fees and/or costs; or,
  2.   Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

The contents of this document are true and correct to the best of my knowledge and belief.

7-20-11
Date

JUL 20 2011
Date Signed or Affirmed

My Commision Expires/Seal:

Dianne Barker
Signature

DIANNE BARKER
Printed Name

Judicial Officer, Deputy Clerk or Notary Public

© Superior Court of Arizona in Maricopa County
February 1, 2011
ALL RIGHTS RESERVED
ADW

GNF11f
Use current form

Exhibit B

OFFICE OF THE CITY ATTORNEY
GARY VERBURG, City Attorney
State Bar No. 005515
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Christina E. Koehn, # 013037
Assistant City Attorney
Attorney for Defendant CITY OF PHOENIX

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DIANNE BARKER, | NO. CV2011-011978 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| vs. | |
| CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al., | (Assigned to the Honorable Eileen Willett) |
| Defendants. | |

Defendant City of Phoenix, ("Phoenix ") by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441 et seq., hereby notifies this Court that it has filed a Notice of Removal of this action in the United States District Court for the District of Arizona. A copy of the Notice of Removal filed August 5, 2011, is attached hereto as Exhibit "1."

...

...

...

1

1    RESPECTFULLY SUBMITTED this 5th day of August, 2011.

2                                      GARY VERBURG, City Attorney

3

4                          By_____/s/Christina E. Koehn_____
                                   Christina E. Koehn
5                                  Assistant City Attorney
                                   200 West Washington, Suite 1300
6                                  Phoenix, Arizona  85003-1611
                                   Attorneys for Defendant City of Phoenix
7

8    ORIGINAL of the foregoing e-filed with
     the court and a copy delivered electronically this
9    5th day of August, 2011, to:

10   The Honorable Eileen Willett
     Judge of the Superior Court
11
     COPY of the foregoing mailed
12   this 5th day of August, 2011, to:

13   Dianne Barker
     3219 East Camelback Road, #393
14   Phoenix, AZ 85018
     Plaintiff Pro Per

15

16   By_____/s/A. Valenzuela____
     CEK:AV#925647_1.DOC
17

18

19

20

21

22

23

24

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2

Exhibit C

%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Barker, Dianne

**DEFENDANTS**
City of Phoenix; Mayor Philip Gordon; 21st Century Ins of S West; Jose Mesa Ramirez and Jimmy Mesa Muneton

| (b) County of Residence of First Listed Plaintiff  Maricopa | County of Residence of First Listed Defendant  Maricopa |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

(c) Attorney's (Firm Name, Address, and Telephone Number)
Dianne Barker, Pro Per
3219 E. Camelback Road, #393

Attorneys (If Known)
Christina E. Koehn, Bar #013037
Office of the City Attorney

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983, ADA 1990, Rehab. Act 1973 Civil Rights Law
Brief description of cause:
Violation of civil rights ("unequal protection," U.S. Constitution, First Amendment Free Speech)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 08/05/2011 | /s/Christina E. Koehn |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Exhibit D

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |-------|-----------|-------------|
   | Dianne Barker | Plaintiff | Pro Per |
   | City of Phoenix | Defendant | Christina E. Koehn, #013037 |
   | | | Office of the City Attorney |
   | | | 200 W. Washington St. #1300, |
   | Cont. see attachment. | | Phoenix, AZ 85003 |

2. **Jury Demand:**   (602) 262-6761

   Was a Jury Demand made in another jurisdiction?   Yes   No
   X

   If "Yes," by which party and on what date?

   Plaintiff          7/20/2011

3. **Answer:**

   Was an Answer made in another jurisdiction?   Yes   No
   X

   If "yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |-------|-------------|-------------------|
   | Defendant City of Phoenix | July 20, 2011 | Delivered to City Clerk |

# SUPPLEMENTAL CIVIL COVER SHEET

# FOR CASES REMOVED FROM ANOTHER JURISDICTION

## (CONTINUED)

1.     Style of the Case (Continued):

| **Party** | **Party Type** | **Attorney(s)** |
|---|---|---|
| Mayor Philip Gordon | Defendant | (Has not been served) |
| 21st Century Ins of S West | Defendant | Unknown |
| Jose Mesa Ramirez | Defendant | Unknown |
| Jimmy Mesa Muneton | Defendant | Unknown |

#925367_1.DOC

**5.     Unserved Parties:**

The following parties have not been served at the time this case was removed:

|                  Party                  |  Reason Not Served  |
|-----------------------------------------|---------------------|
| 21st Century Ins of S West              | unknown             |
| Jose Mesa Ramirez                       | Unknown             |
| Jimmy Mesa Muneton                      | Unknown             |
| Mayor Philip Gordon                     | Unknown             |

**6.     Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

|        Party        |        Reason for Change        |
|---------------------|---------------------------------|

**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

|       Party       |                  Claim(s)                  |
|-------------------|--------------------------------------------|
| Plaintiff         | Violation of civil rights ("unequal protection," First Amendment Free Speech, "ADA 1990, Rehab Act 1973 Civil rights laws," and 42 USC 1983). Additionally, Plaintiff asserted state law claims: false reporting intentional tort, Arizona Constitution, Arizona Revised Statutes Title 28 and seeks monetary compensation and injunctive relief for police training. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**