# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

_____

**1.** **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Dianne Barker | Plaintiff | Pro Per |
| City of Phoenix | Defendant | Christina E. Koehn, #013037 |
| | | Office of the City Attorney |
| | | 200 W. Washington St. #1300, |
| Cont. see attachment. | | Phoenix, AZ 85003 |

**2.** **Jury Demand:**

(602) 262-6761

Was a Jury Demand made in another jurisdiction?     Yes          No

X

If "Yes," by which party and on what date?

_____Plaintiff_____        _7/20/2011_

**3.** **Answer:**

Was an Answer made in another jurisdiction?      Yes    No

X

If "yes," by which party and on what date?

_____        _____

**4.** **Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Defendant City of Phoenix | July 20, 2011 | Delivered to City Clerk |

# SUPPLEMENTAL CIVIL COVER SHEET

# FOR CASES REMOVED FROM ANOTHER JURISDICTION

### (CONTINUED)

1.      Style of the Case (Continued):

| **Party** | **Party Type** | **Attorney(s)** |
| --- | --- | --- |
| Mayor Philip Gordon | Defendant | (Has not been served) |
| 21st Century Ins of S West | Defendant | Unknown |
| Jose Mesa Ramirez | Defendant | Unknown |
| Jimmy Mesa Muneton | Defendant | Unknown |

#925367_1.DOC

**5.      Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| 21st Century Ins of S West | unknown |
| Jose Mesa Ramirez | Unknown |
| Jimmy Mesa Muneton | Unknown |
| Mayor Philip Gordon | Unknown |

**6.      Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|

**7.      Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Violation of civil rights ("unequal protection," First Amendment Free Speech, "ADA 1990, Rehab Act 1973 Civil rights laws," and 42 USC 1983).  Additionally, Plaintiff asserted state law claims: false reporting intentional tort, Arizona Constitution, Arizona Revised Statutes Title 28 and seeks monetary compensation and injunctive relief for police training. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**