```
FILED ___ LODGED
RECEIVED ___ COPY
AUG 29 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Name:

Address: Dianne Barker
3219 Camelback Road, #393
Phoenix, AZ 85018

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANNE BARKER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al.,<br><br>Defendants. | No. CV-11-01543-PHX-NVW<br><br>(Superior Court Case No. CV2011-011978)<br><br><u>MOTION TO REMAND</u><br><br>(Response to City of Phoenix) |

Request to remand case, Subcategory 101 "Non-Death/PI" Tort Motor Vehicle, Superior Court of Maricopa County, per <u>28 USCA.1447</u> "Shall remand" (e)(2).

<u>Points And Authorities</u>

City of Phoenix legal representatives Chief Attorney Gary Verburg, State Bar No. 005515 And Christina E. Koeh # 013037 removed tort claim on August 5, 2011. Respondent receiving their pleadings less than one (1) week ago, has spent hours of valuable

1. time both at court and law libraries researching
2. Am seeking costs for preparation, time
3. spent and materials herein.

4. **Legal Argument:**
5. Plaintiff's ARCP Rule 8 "Notice Pleading" is
6. sufficient and reasonable for relief, while
7. should not be dismissed by city of Phoenix's
8. motion. Conley v Gibson 1957 355 US 41 45, 78 SCt 99 1022 2nd 80;
9. ~~Hilton v Hallmark Cards, US Ct of Appeals 9th Cir 08-~~
10. ~~55443; 207CV 05818 PA~~ where US District Court Denied
11. Motion to Dismiss and needed Assurance of juris-
12. diction.
13. Furthermore, per defendants denial allegations
14. p.3 line 9 "provide defendants notice of what legal
15. claims", See Attached ARS 12-821.01/12/10/2010 filed
16. proof of "Stamped Receipt" by city which plaintiff
17. performed the steps ~~to be heard~~ administratively
18. and now, forced by the practice of city's passion
19. for litigating *and* using 12 b(6) to carry out
20. systemic abuse of pro per, discrimination
21. not given to similiar cases of failure to maintain
22. intersections by PI attorney claims awards - Strocchio
23. v City of Phoenix.

24. **Conclusion:**
25. Plaintiff' cognizable claim is entitled to relief by public
26. fiduciarys, municipality and highest officer Mayor
27. Gordon, who directs policy of which we greatly
28. are in US District Court for Arizona today. However
    Lawsuits are not a game with cleverest lawyer prevailing
    ~~freedom of speech~~ for lawful hearing:
    *Bane v Blanchard;*
    * See 2:92 CV 01291 RGS

    Dianne Barker
    Dianne Barker, plaintiff
    8-29-11

# City of Phoenix
## Claim Form

If you have any questions, please call the Risk Management Division at: (602) 262-5054

This claim form is provided to assist in presenting a claim against the City of Phoenix that complies with the requirements of Arizona Revised Statutes §12-821.01 which defines the requirements for filing a claim against a public entity in the State of Arizona.

The Statute requires, in part, that a claim against a public entity:
- Be filed with the City Clerk Department within **180 days** after the cause of action accrues.
- Contain sufficient facts to permit the public entity to understand the basis upon which liability is claimed.
- Contain a specific dollar amount for which the claim can be settled and the facts supporting the amount.
- In order to file suit against a public entity, a proper notice of claim must first be filed. A lawsuit must be filed within one year after the cause of action accrues.

### FEDERAL REGULATION – BODILY INJURY CLAIMS ONLY

If you are presenting a bodily injury claim, you are required to provide the information requested in this section pursuant to Federal Law – Section 42, United States Code 1395y(b) (7) & (8). For additional information, go to www.cms.hhs.gov/MandatoryInsRep.

Injured party name: **Dianne Barker** (Show name exactly as it appears on Social Security records)

Injured party social security #: -6693

Injured party gender: ☐ Male  ☒ Female    Injured party date of birth: 7-48

Medicare, Medicaid (AHCCCS) or SCHIP Health Ins Claim #: A007014460 001 (HICN if applicable)

Is the injured party eligible (or will he/she be eligible within the next 36 months) for Medicare, Medicaid (AHCCCS) or the State Children's Health Insurance Program (SCHIP)?   ☒ Yes  ☐ No

Please continue to the claim form below. Additional information is required.

**CITY CLERK DEPT. 2010 DEC 10 PM 2:43**

### CLAIMANT INFORMATION (complete a separate claim form for each person making a claim)

Claimant Name: **Dianne Barker**

Name of claimant's representative (if applicable): **Self**

Relationship to claimant: ☐ Parent (claimant is a minor)  ☐ Guardian  ☐ Insurance Company  ☐ Attorney  ☒ Other _____

Address: 5105 N. 40th Street    Apt #: E221
City / State: Phoenix, Arizona    ZIP: 85018
Date of birth: 6-15-48
Phone #s Home: ( ) →    Work: ( ) →    Cell: (602) 999-4448

(re: Phoenix Traffic Rpt# 1013341; Fire # 12/0291)

**INCIDENT # Page 1 of 4**

### 3. AMOUNT OF CLAIM

Dollar amount requested to settle your entire property damage claim:    $ 1,300.00
Dollar amount requested to settle your entire personal injury claim:    $ 60,000.00
Dollar amount requested to settle your entire other damages claim:    $ 183,600.00
Total dollar amount requested to settle your entire claim:    $ 244,900.00
     $ 244,900.00

### 4. EXPLANATION OF DAMAGES

Describe the damage to your property (if any) and the specific facts supporting the amount claimed. (Please attach all receipts and other documentation related to the damage amount claimed.) — available

- Totalled Dalon Bicycle    450.00
- HP Laptop Computer    600.00
- Two Hand Bags    25.00
- Clothing: Jacket, skirt (culotte), hosiery    35.00
- Deductible: Subrogated USAA Ins    250.00
     1,360.00

Describe your personal injuries (if any) and the specific facts supporting the amount claimed. (Please attach all receipts, medical bills and other documentation related to the injury amount claimed.) (Complete medical reports + bills available.)

(Dec 8, 2010) Injured is SSDI recipient suffering this anew hit by truck (July 21, 2010). Released to family doctor by Good Sam ER with shoulder contusion, vertebral injuries. Medical bill = $20,000. Pain suffering costs = $40,000 total $60,000.

Describe your other damages (if any) and the specific facts supporting the amount claimed. (Please attach all receipts and other documentation related to the damage amount claimed.) → (Complete file available)

- A pattern of City of Phoenix Police failure to cite violator or assign proper laws re. Barker v City of Phx/Sky Harbor 641-2005, City of Phoenix Municipal Court
- City of Phoenix Police not citing truckdriver for killing cyclist Anselmo Jo
- City Streets need proper crosswalk, slow traffic, proper construction signs
- Punitive damages: (3X5 ptl claim # 183 cm)

---

Which is the best daytime phone # to reach you? **6AM-10PM**

Email address: **dream.lle-ya-hoo.com**   Fax #: ( )

### 2. OCCURRENCE OR EVENTS GIVING RISE TO THE CLAIM

Date of occurrence: **7-21-2010**   Time: **4:10**  ☐ A.M. ☒ P.M.

Location of occurrence: **"Crosswalk" NW-SW corner of 1st Street & Washington, Phoenix, Arizona.**

Describe the specific facts of the occurrence, event, act or omissions that you believe caused your injury or damage and for each theory of liability, explain why you believe the City of Phoenix is at fault.

Having left Phoenix City Hall, I traveled eastbound to NW corner of 1st & Washington. Waited for "white light" to cross south and was struck in crosswalk by dark colored truck coming south on 1st Street, turning right on Washington. City of Phoenix failed proper by citing vehicle driver #2 for violating ARS 28-792 for inattention failure to yield to bicyclist acting proper in controlled signal intersection. City traffic officials also responsible for poor light and improper construction impediments.

List all witnesses, including their address and phone number:
- Michael G. Hendrickson, 540 No. 40th St., Phx, AZ 86018, (602) 452-53
- Joseph Ryan, 13300 Paint Brush Way, Sun City West AZ, (623) 584-33
- Bob McKnight, 28th St./Thomas Rd., Phx, A-9 85012, (602) 956-583
- Katie Ann Dans, 11616 No. 39th Avenue, Phx AZ 85029, (605) 677-367

Did this occur in a construction area?  ☒ Yes  ☐ No
If yes, what is the construction company's name? **City of Phoenix**

If this is a motor vehicle accident, please provide the following information:
Your vehicle license plate number: **n/a**
Your vehicle: Year **2005** Make **Dahon** Model **Bicycle/folding**

Name of the City driver: _____
City Vehicle Description: _____   City Department: _____
City Vehicle License Plate #: _____   Bus/Equipment #: _____
Bus Route Name/Number: _____   Direction of Travel: _____

Was a police report filed?  ☒ Yes  ☐ No    If yes, what agency responded? _____
Police report number: **1013341**

**INCIDENT #**
**Page 2 of 4**

---

By signing your name below, you certify that the information provided is true and correct to the best of your knowledge and belief.

The city's acceptance and subsequent processing of your claim is not a waiver of the city's right to object to the sufficiency of the claim and should not be considered as an acknowledgment by the City that the claim is valid. To the extent city records need to be preserved, you are directed to A.R.S. 39-121, et seq.

Claimant Name: *Dianne Barker* (Signature of Claimant)

Form Completed By: **Dianne Barker** (Print Name of Person Completing Claim Form for Claimant)

Phone Number: **(602) 999-4448** (Phone # of Person Completing Claim Form for Claimant)

Address: **5105 N. 40th Street - Phoenix, Arizona, 85018** (Address of Person Completing Claim Form For Claimant)

Relationship to Claimant: **Self**

Date: **12-10-2010**

### PLEASE KEEP A COPY OF THE COMPLETED FORM FOR YOUR RECORDS

### INSTRUCTIONS FOR FILING YOUR CLAIM

Arizona Revised Statute §12-821.01 requires that this form must be filed with the City Clerk Department. The City Clerk will accept this form if hand-delivered, mailed or faxed as described below, but it is your sole responsibility to confirm that the City Clerk has actually timely received the form.

1. If you choose to mail or deliver your completed form, please direct it to:

   City of Phoenix
   City Clerk Department
   200 W. Washington Street, 15th Floor
   Phoenix, AZ 85003

2. If you choose to fax your completed form, please fax it to the City Clerk Department at:

   Fax # (602) 495-5847

# This page must be completed and attached to the last page of your motion/request.

[✓] I have filed the ORIGINAL of the attached document(s) on __8__ / __29__, 201_1_
       Month     Day

with the Clerk of U S District Court of Arizona:

[✓] I have mailed/delivered a COPY of the attached document(s) on __8__ / __29__,
       Month     Day

201_1_ to Judge __Honorable Neil V. Wake__.
      *(The Judge assigned to your case)*

[✓] I have mailed/delivered a COPY of the attached document(s) on __8__ / __29__,
       Month     Day

201_1_ to:

*(You must mail a copy of all documents to the other side and his/her lawyer)*

__City of Phoenix, et al__     __Gary Verburg; Christina Koehn__
Name of Other Side                            Name of Other Side's Lawyer

__200 W. Washington #1300__
Address                                         Lawyer's Address

__Phoenix AZ 85018__
City, State, Zip                                      City, State, Zip

**By signing below, I promise that I have filed/mailed the attached document(s) as shown above.**

__Mearine Barker  8/29/11__
Your signature