FILED ___ LODGED
RECEIVED ___ COPY
AUG 29 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Name:

Address: Dianne Barker
3219 Camelback Road, #393
Phoenix, AZ 85018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANNE BARKER, | No. CV-11-01543-PHX-NVW |
| Plaintiff, | (Superior Court Case No. CV2011-011978) |
| vs. | |
| CITY OF PHOENIX, MUNICIPAL CORPORATION; MAYOR PHILIP GORDON; 21ST CENTURY INS. OF S WEST; JOSE MESA RAMIREZ; AND JIMMY MESA MUNETON, et al., | MOTION TO REMAND (Response to City of Phoenix) |
| Defendants. | |

Request to remand case, Subcategory 101 "Non-Death/PI" Tort Motor Vehicle, Superior Court of Maricopa County, per 28 USCA 1447 "shall remand" (c)(2).

Points And Authorities

City of Phoenix legal representatives Chief Attorney Gary Verburg, State Bar No. 005515 And Christina E. Koehn # 013037 removed tort claim on August 5, 2011. Respondent receiving their pleadings less than one (1) week ago, has spent hours of valuable

1  time both at court and law libraries researching
2  Am seeking costs for preparation, time
3  spent and materials herein.
4  
5  **Legal Argument:**
6  Plaintiff's ARCP Rule 8 "Notice Pleading" is
7  sufficient and reasonable for relief, while
8  should not be dismissed by city of Phoenix's
9  motion Conley v Gibson 1957 355 US 41 45, 78 SCt 99 1022 2nd 80;
10 Hilton v Hallmark Cards, US Ct of Appeals 9th Cir 08-
11 55443; 207CV05818PA where US District Court Denied
12 Motion to Dismiss and needed Assurance of jurisdiction.
13 Furthermore, per defendants denial allegations
14 p.3 line 9 "provide defendants notice of what legal
15 claims". See Attached ARS12-821.01/12/10/2010 filed
16 proof of "Stamped Receipt" by City which plaintiff
17 performed the steps to be heard administratively
18 and now, forced by the practice of city's passion
19 for litigating and using 12 b(6) to carry out
20 systemic abuse of P.O. per, discrimination
21 not given to similias cases of failure to maintain
22 intersections by PI attorney claims awards-Strocchio
23 v City of Phoenix.
24 
25 **Conclusion:**
26 Plaintiff' cognizable claim is entitled to relief by public
27 fiduciarys, municipality and highest officer Mayor
28 Gordon, who directs policy, of which we greatly
   are in US District Court for Arizona today! However
   Lawsuits are not a game with cleverest lawyer prevailing
   freedom of speech for lawful hearing:
   * See 2:92 CV01291 RGS                  BANE+V BLANCHARD
                                          Dianne Barker
                                    Dianne Barker, plaintiff
                                              8-29-11

Attached: Exhibit 1

# City of Phoenix
## Claim Form

If you have any questions, please call the Risk Management Division at: (602) 262-5054

This claim form is provided to assist in presenting a claim against the City of Phoenix that complies with the requirements of Arizona Revised Statutes §12-821.01 which defines the requirements for filing a claim against a public entity in the State of Arizona.

The Statute requires, in part, that a claim against a public entity:
- Be filed with the City Clerk Department within **180 days** after the cause of action accrues.
- Contain sufficient facts to permit the public entity to understand the basis upon which liability is claimed.
- Contain a specific dollar amount for which the claim can be settled and the facts supporting the amount.
- In order to file suit against a public entity, a proper notice of claim must first be filed. A lawsuit must be filed within one year after the cause of action accrues.

### FEDERAL REGULATION – BODILY INJURY CLAIMS ONLY

If you are presenting a bodily injury claim, you are required to provide the information requested in this section pursuant to Federal Law – Section 42, United States Code 1395y(b) (7) & (8). For additional information, go to www.cms.hhs.gov/MandatoryInsRep.

Injured party name: **Dianne Barker**
Injured party social security #: -6693
Injured party gender: ☒ Female    Injured party date of birth: '48
Medicare, Medicaid (AHCCCS) or SCHIP Health Ins Claim #: A007014460 001
Is the injured party eligible (or will he/she be eligible within the next 36 months) for Medicare, Medicaid (AHCCCS) or the State Children's Health Insurance Program (SCHIP)? ☒ Yes ☐ No

Please continue to the claim form below. Additional information is required.

CITY CLERK DEPT 2010 DEC 10 PM 2:43

### CLAIMANT INFORMATION (complete a separate claim form for each person making a claim)

Claimant Name: **Dianne Barker**
Name of claimant's representative (if applicable): Self
Relationship to claimant: ☐ Parent ☐ Guardian ☐ Insurance Company ☐ Attorney ☒ Other
Address: 5105 N. 40th Street   Apt #: E221
City / State: Phoenix, Arizona   ZIP: 85018
Date of birth: 6-15-48
Phone #s Home: ( ) →   Work: ( ) →   Cell: (602) 999-4448

(re: Phoenix Traffic Rpt# 1013341; Fire #1210291)
INCIDENT # Page 1 of 4

### 3. AMOUNT OF CLAIM

| | |
|---|---|
| Dollar amount requested to settle your entire property damage claim: | $ 1,300.00 |
| Dollar amount requested to settle your entire personal injury claim: | $ 60,000.00 |
| Dollar amount requested to settle your entire other damages claim: | $ 183,600.00 |
| Total dollar amount requested to settle your entire claim: | $244,900.00 |

$244,900

### 4. EXPLANATION OF DAMAGES

Describe the damage to your property (if any) and the specific facts supporting the amount claimed. — available (Please attach all receipts and other documentation related to the damage amount claimed.)

- Totalled Dalan Bicycle — 450.00
- HP Laptop Computer — 600.00
- Two Hand Bags — 25.00
- Clothing: Jacket, skirt(culotte), hosiery — 25.00
- Deductible: Subrogated USAA Ins. — 250.00
  = $1,300.00

Describe your personal injuries (if any) and the specific facts supporting the amount claimed. (Please attach all receipts, medical bills and other documentation related to the injury amount claimed.) (Complete medical reports + bills available.)
(Dec 8, 2010) Injured is SSDI recipient suffering this anew hit by truck (July 21, 2010). Released to family doctor by Good Sam E.R. with shoulder contusion, vertebral injuries. Medical bill = $20,000. Pain/suffering costs = $40,000 total $60,000.

Describe your other damages (if any) and the specific facts supporting the amount claimed. (Please attach all receipts and other documentation related to the damage amount claimed.) → (Complete file available)

- A Pattern of City of Phoenix Police failure to cite violator or assign proper laws re: Barker v City of Phx/SW Harbor 641-2005 City of Phoenix Municipal Court
- City of Phoenix Police not citing truck driver for killing cyclist Anselmo Dc
- City Streets need proper crosswalk, slow traffic, proper construction signs
- Punitive damages (3x5 pt/claim #183 am)

---

Which is the best daytime phone # to reach you? 6AM-10PM
Email address: dteam.lle-ya.hoo.com   Fax #: ( )

### 2. OCCURRENCE OR EVENTS GIVING RISE TO THE CLAIM

Date of occurrence: 7-21-2010   Time: 4:10 ☐ A.M. ☒ P.M.
Location of occurrence: "Crosswalk" NW-SW Corner of 1st Street & Washington, Phoenix, Arizona.

Describe the specific facts of the occurrence, event, act or omissions that you believe caused your injury or damage and for each theory of liability, explain why you believe the City of Phoenix is at fault.

Having left Phoenix City Hall, I traveled Eastbound to NW corner of 1st & Washington. Waited for "white light" to cross south and was struck in crosswalk by dark colored truck coming south on 1st Street, turning Rt on Washington. City of Phoenix failed properly citing vehicle driver (#2) for violating ARS 28-792 for inattention / failure to yield to bicyclist acting proper in controlled signal intersection. City traffic officials ALSO responsible for short light and improper construction impediment.

List all witnesses, including name(s), address and phone number.

- Michael G. Hendrickson, 540 No. 40th St, Phx, AZ 86018 (602)482-53
- Joseph Ryan, 13300 Paint Brush Way, Sun City AZ (623)584-3?
- Bob McKnight, 28th St / Thomas Rd, Phx, A-5 85012 (602) 956-583
- Katie Ann Donns, 11616 No. 39th Avenue, Phx AZ 85029 (605)677-367

Did this occur in a construction area? ☒ Yes ☐ No
If yes, what is the construction company's name? City of Phoenix

If this is a motor vehicle accident, please provide the following information:
Your vehicle license plate number: n/a
Your vehicle: Year: 2005   Make: Dahon   Model: Bicycle/folding
Name of the City driver: ___
City Vehicle Description: ___   City Department: ___
City Vehicle License Plate #: ___   Bus/Equipment #: ___
Bus Route Name/Number: ___   Direction of Travel: ___
Was a police report filed? ☒ Yes ☐ No   If yes, what agency responded? ___
Police report number: 1013341
INCIDENT #
Page 2 of 4

By signing your name below, you certify that the information provided is true and correct to the best of your knowledge and belief.

The city's acceptance and subsequent processing of your claim is not a waiver of the city's right to object to the sufficiency of the claim and should not be considered as an acknowledgment by the City that the claim is valid. To the extent city records need to be preserved, you are directed to A.R.S. 39-121, et seq.

Claimant Name: *Dianne Barker* (Signature of Claimant)
Form Completed By: Dianne Barker (Print Name of Person Completing Claim Form for Claimant)
Phone Number: (602) 999-4448
Address: 5105 N. 40th Street, Phoenix, Arizona, 85018
Relationship to Claimant: Self
Date: 12-10-2010

**PLEASE KEEP A COPY OF THE COMPLETED FORM FOR YOUR RECORDS**

### INSTRUCTIONS FOR FILING YOUR CLAIM

Arizona Revised Statute §12-821.01 requires that this form must be filed with the City Clerk Department. The City Clerk will accept this form if hand-delivered, mailed or faxed as described below, but it is your sole responsibility to confirm that the City Clerk has actually timely received the form.

1. If you choose to mail or deliver your completed form, please direct it to:
   City of Phoenix
   City Clerk Department
   200 W. Washington Street, 15th Floor
   Phoenix, AZ 85003

2. If you choose to fax your completed form, please fax it to the City Clerk Department at:
   Fax # (602) 495-5847

# This page must be completed and attached to the last page of your motion/request.

☑ I have filed the ORIGINAL of the attached document(s) on ___8___ , ___29___ , 201_1_
                                                            Month      Day

with the Clerk of _U S District Court of_ Arizona :

☑ I have mailed/delivered a COPY of the attached document(s) on ___8___ , ___29___ ,
                                                                 Month      Day

201_1_ to Judge _Honorable Neil V. Wake_ .
              *(The Judge assigned to your case)*

☑ I have mailed/delivered a COPY of the attached document(s) on ___8___ , ___29___ ,
                                                                 Month      Day

201_1_ to:

*(You must mail a copy of all documents to the other side and his/her lawyer)*

_City of Phoenix, et al_                    _Gary Verburg; Christina Koehn_
Name of Other Side                          Name of Other Side's Lawyer

_200 W. Washington #1300_                   _____
Address                                     Lawyer's Address

_Phoenix, AZ 85018_                         _____
City, State, Zip                            City, State, Zip

**By signing below, I promise that I have filed/mailed the attached document(s) as shown above.**

_Marine Barker  8/29/11_
Your signature