Dianne Barker
3219 E. Camelback
Phoenix, AZ 85018

Attn:
CHIEF JUDGE ROSLYN O. SILVER
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ 85003-2158 CHIEF JUDGE ROSLYN O. SILVER
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ 85003-2158

/ Neil V Wake)
US District Judge

✓ FILED
___ RECEIVED ___ LODGED
___ COPY
SEP 2 3 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

Re: Written Request to file Motion

Case No:
2:11-cv-01543-NVW
NVW

Dear US District Court of Arizona:

Please allow my filing extension for additional two (2) weeks from your September 23, 2011 order for amended complaint. The extreme heat and skin rash flareup has created health attention particularly since my mobility is bike-bus-walk. I have attempted to timely attend to your procedures, even delivering "Consent for US Magistrate Judge" personally to City of Phoenix lawyers for co-operation and cost savings. I am not wishing litigiousness, yet need to understand your order received a week ago. Coming to the Court today, I request your consideration please. Thank you for your time.

Sincerely,
Dianne Barker on Sept. 23, 2011