IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>           Defendants. | No. CV-11-01543-PHX-NVW<br><br>**ORDER** |

Before the Court if Plaintiff's "Written Request to file Motion" (Doc. 9), which is actually a motion for extension of time to file her amended complaint.

IT IS ORDERED that Plaintiff's "Written Request to file Motion" (Doc. 9) is GRANTED. Plaintiff shall have until October 7, 2011, to file an amended complaint attempting to state a claim against the City and the Mayor.

Dated this 26th day of September, 2011.

                                              Neil V. Wake<br>
                                       United States District Judge