IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker,<br><br>               Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>               Defendants. | No. CV 11-01543-PHX-NVW<br><br>**ORDER** |

On September 26, 2011, this Court granted Plaintiff's request to file an amended complaint and required Plaintiff to do so on or before October 7, 2011. (*See* Doc. 10.) Plaintiff has filed nothing.

IT IS THEREFORE ORDERED that, on or before October 27, 2011, Plaintiff shall file an explanation with the Court showing why this action should not be dismissed for failure to prosecute. If Plaintiff has not filed an explanation by October 27, 2011, this action will be dismissed without further notice.

Dated this 20th day of October, 2011.

_____
Neil V. Wake
United States District Judge