IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker, <br><br>     Plaintiff, <br><br> vs. <br><br> City of Phoenix, et al., <br><br>     Defendants. | No. CV-11-01543-PHX-NVW <br><br> **ORDER** |

Plaintiff having failed to respond to the Court's Order (Doc. 11) of October 20, 2011,

IT IS ORDERED directing the Clerk of the Court to dismiss the above-entitled action without prejudice.

DATED this 2nd day of November, 2011.

_____
Neil V. Wake
United States District Judge