Dianne Barker
5111 No. 40th St., C14
Phoenix, AZ 85018
(602) 999-4448

```
         FILED  ___ LODGED
    ___ RECEIVED ___ COPY
         NOV 04 2011
    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
    BY_____ P DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker, <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-11-01543-PHX-NVW <br><br> Motion for FRCP 60 |

Mistake has to plaintiff's opportunity for responding to Order (Doc 11) as it came of notice only with November 2, 2011 dismissal.

There is a timing and pro per bias from court and defendants. Please vacate both does for efficiency and cost savings from filing further at Ninth Circuit.

Dianne Barker
Nov. 4, 2011

C: City of Phoenix #
Gary Berger #005515
Christina E. Koehn #013037
- Current of Record Address -