1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker,<br><br>                              Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                              Defendants. | No. CV-11-01543-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiff's "Motion for FRCP 60" (Doc. 13). Plaintiff protests this Court's November 2, 2011 order dismissing her case without prejudice (Doc. 12). Although the grounds on which Plaintiff protests are meritless, the Court has nonetheless determined that dismissal was inappropriate. On September 7, 2011, the City's and Mayor's motion to dismiss was granted, and Plaintiff received an opportunity to amend her complaint against those two parties. She was warned that if she did not amend, the Court would enter judgment in favor of the City and the Mayor and the rest of Plaintiff's case would be remanded to state court (Doc. 8). Plaintiff's failure to amend by the stated deadline should have triggered remand, but not dismissal.

To avoid any possibility of confusion, the Court will grant Plaintiff an additional two weeks to attempt to amend her complaint against the City and the Mayor, if desired. If no such complaint is received, the Court will enter judgment in favor of the City and the Mayor and remand the remainder of the case to Superior Court.

1    IT IS THEREFORE ORDERED that this Court's November 2, 2011 order

2    dismissing this case (Doc. 12) is VACATED.

3    IT IS FURTHER ORDERED that Plaintiff may have until November 22, 2011, to

4    file an amended complaint attempting to state a claim against the City and the Mayor.  If

5    Plaintiff does not so amend, judgment will be entered in favor of the City and the Mayor

6    without further notice to Plaintiff, and this action will be remanded to the Superior Court

7    as to the remaining defendants under 28 U.S.C. § 1367.

8    Dated this 8th day of November, 2011.

Neil V. Wake
United States District Judge

- 2 -