# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dianne Barker, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 11-1543-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| City of Phoenix, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED per the Court's order filed 12/29/2011, that plaintiff's Amended Complaint and this action are dismissed, for failure to state a claim upon which relief can be granted. This case is dismissed.

12/29/2011                                                  RICHARD H. WEARE
Date                                                              District Court Executive/Clerk

                                                                     s/Kathy Gerchar
                                                                     (By) Deputy Clerk

cc: (all counsel of record)