Name: Dianne Barker

Address: 5111 No. 40th Street, C114
Phoenix, Arizona 85018
(602) 999-4448
dteam1@yahoo.com

```
                    FILED ✓    ___ LODGED
                    ___ RECEIVED ___ COPY

                         DEC 29 2011

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY_____ M DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Dianne Barker,
  Plaintiff,

Mayor Philip Gordon, City of Phoenix et al, Jose Mesa Ramirez, Jimmy Mesa Muneton, 21st Century Insurance of Southwest, Mayor Jim Lane, City of Scottsdale et al

  Defendant(s),

Case No. 2:11 CV 01543-PHX-NVW

Reply to City of Phoenix, et al Motions for: FRCP 56 and Court's Order Directing US Marshall Service

Replying to City of Phoenix's representative that Amended complaint Is genuine, good faith, modern and absolutely plausible per Bell Atlantic Corp v Twombly, 550 US 544, Conley v Gibson 355 US 41. The misdirection by defendant for its wrongful dismissal as it "inartful", need alert court to liberal construing defense tactic and court can allow its statement for deficiencies. Orten v Wash Cty 6 (9th Circuit); Karim v Panahi v LA Police 839 F2d. Truth is #6 p.2; p.3 Fully tie City And Mayor to intentional wrong doing resolving line 26. p.1 Judge Wake's Order, Sept 7, 2011. Motion for FRCP 56 (2010 Amendment- cite to record - Accident Report p.3, Sept 2, 2011 Response) to refer US Magistrate FRCP 72.73 for disposal by cost savings And No Jury would Rule Against Plaintiff. Defendants have No Admissable evidence contrary by affidavit to produce. ADA Title III Relief Damages settlement for Full Access to Public Space Crosswalk. Chapman v Pier Imports, Jan 2011 (9th Cir). (Motion to Serve) 21st Century Ins. of SW, the only defendant herein that would not waive.

Respectfully submitted this 28th day of December, 2011.

                                                  Dianne Barker

Copy of the foregoing mailed/delivered
this 28th day of December, 2011, to: ① City of Phoenix, 200 W Washington #1300 PHX, AZ
② City of Scottsdale, f/o Bruce Washburn, 3939 N. Drinkwater Blvd, Scottsdale
③ Farley, Leketos, Choate, c/o Chris Stickland, 2400 West Dunlap #305, Phoenix, AZ 85021