Name: Dianne Barker,
In Forma Pauperis Proper

Address:
5111 No 40th St, C114
Phoenix, AZ 85018

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 13 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Dianne Barker
    Plaintiff,

v

City of Phoenix, et al
    Defendant(s),

2:11-cv-01543-NVW

Case No. 12-15228-Appellate Court

MOTION:
REOPEN

Request to REOPEN case for good cause as follows:

December 28th, 2011 Motion of plaintiff on court's docket is unadjudicated as overlooked and court misunderstanding. Furthermore, if any appeal herein is untimely, even by little two (2) days, per Bouette v Bouette 953 F2d, 754, 756, 9th C.R. 1991, there's genuine reinstatement relief for defendant not suffering while plaintiff severely punished. Having not received court December 29th, 2011 dismissal within 21 days, FRCP 4 exception for any "excusable neglect." * 28 USC 2107

Respectfully submitted this 13 day of MARCH, 2012.

Dianne Barker
(Attest to Truthfulness herein)

Copy of the foregoing mailed/delivered
this 13 day of MARCH, 2012, to: City of Phoenix/Denton Casey

* City of Scottsdale encarcerated me for eleven (11) days. I had $1.00, no eyeglasses and no access to mail.