IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Barker,                    ) | No. CV-11-01543-PHX-NVW |
|                                   ) | |
|     Plaintiff,                    ) | **ORDER** |
|                                   ) | |
| vs.                               ) | |
|                                   ) | |
| City of Phoenix, et al.,          ) | |
|                                   ) | |
|     Defendants.                   ) | |

Before the Court is Plaintiff's Motion to Reopen Case (Doc. 23), which argues that the post-ruling and post-judgment late filing of a response to the motion to dismiss "is unadjudicated."  The late-filed response was not designated as a motion and therefore not brought to the Court's attention.  In any event, treating the late Response (Doc. 19) either as a motion for reconsideration or as a timely filed response, it in no way undercuts the order granting the motion to dismiss.

IT IS THEREFORE ORDERED that Plaintiff's Response (Doc. 19), treated either as a motion for reconsideration or as a timely filed response, is denied.

IT IS FURTHER ORDERED that Plaintiff's Motion to Reopen Case (Doc. 23) is denied.

DATED this 14th day of March, 2012.

_____
Neil V. Wake
United States District Judge