UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIANNE BARKER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CITY OF PHOENIX, named as: City of Phoenix Municipal Corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-15228<br><br>D.C. No. 2:11-cv-01543-NVW<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

      The judgment of this Court, entered February 28, 2012, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Synitha Walker
                                              Deputy Clerk