FILED

FEB 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIANNE BARKER, | No. 12-15228 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01543-NVW<br>District of Arizona, |
| v. | Phoenix |
| CITY OF PHOENIX, named as: City of Phoenix Municipal Corporation; et al., | ORDER |
| Defendants - Appellees. | |

Before: LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the February 1, 2012 notice of appeal was not filed within 30 days after the district court's judgment entered on December 29, 2011. *See* 28 U.S.C. § 2107(a); *United States v. Sadler,* 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se