

12-15228 Dianne Barker v. City of Phoenix, et al "Mandate Issued (Screening/Motions Panel)"
ca9_ecfnoticing   to:                                04/03/2012 10:30 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/03/2012 at 10:30:13 AM PDT and filed on 04/03/2012

| | |
|---|---|
| **Case Name:** | Dianne Barker v. City of Phoenix, et al |
| **Case Number:** | 12-15228 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. (EL, SRT and MBC) [8125478] (SW)

**Notice will be electronically mailed to:**

Mr. Denton Anthony Casey, Attorney
USDC, Phoenix

**Case participants listed below will not receive this electronic notice:**

Dianne Barker
3219 Camelback Rd. # 393
Phoenix, AZ 85018

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/synitha_1215228_8125478_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/03/2012] [FileNumber=8125478-0]

[a0505cf94097551fa08813ceb0600c60dc469c964f0e3eee719599b12a756a4651b8a56705f86fe1099b818c3ba7f3b3944b989f03e352f2afe7781a7cb257d9]]

**Recipients:**

- Dianne Barker
- Mr. Denton Anthony Casey, Attorney
- USDC, Phoenix

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 8125478
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 8331679