1  Name: Dianne Barker

3  Address: 5111 No. 40th St., C114
4                Phoenix, AZ 85018

RECEIVED ☐ LODGED ☐ COPY
APR 0 5 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

DIANNE BARKER,

   Plaintiff - Appellant,

v.

CITY OF PHOENIX, named as: City of Phoenix Municipal Corporation; et al.,

   Defendants - Appellees.

No. 12-15228
Case No. 2:11-cv-01543-NVW

**Notice of Change of Address**

I, Dianne Barker, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

Dianne Barker
3219 E. Camelback Rd. #393
Phoenix, AZ 85018

Respectfully submitted this 5th day of April, 2012.

Copy of the foregoing mailed /delivered
this 5th day of April, 2012, to: